1054

[No. 54069-6-I.   Division One.   July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY D. DANCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-02576-0, George T. Mattson, J., entered March 8, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54698-8-I.   Division One.   July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMEY LEE HENDRICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09625-8, Julie Spector, J., entered July 12, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55177-9-I.   Division One.   July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE LOCKETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-09589-8, Nicole MacInnes, J., entered October 29, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55206-6-I.   Division One.   July 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS HUTTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-01533-1, Richard McDermott, J., entered October 19, 2004. *Affirmed* by unpublished per curiam opinion.